**ROMANO STANCROFF PC**
Mark Romano, Esq. (SBN 244113)
Timothy Whelan, Esq. (SBN 255037)
Aliaksandra Valitskaya, Esq. (SBN 320680)
360 N. Pacific Coast Hwy., Suite 1010
El Segundo, CA 90245
Telephone: (310) 477-7990
Fax: (310) 477-7995
mark@thelemonlawattorneys.com

Attorneys for Plaintiff,
JONATHON MANN



E-FILED
SEP - 2 2020
Document #_____

JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JONATHON MANN,<br><br>    Plaintiff,<br><br>vs.<br><br>FCA US LLC, a Delaware Limited Liability Company, and DOES 1 through 10, inclusive,<br><br>    Defendants. | Case No.: 2:20-cv-00547 PSG (MAAx)<br><br>[PROPOSED] JUDGMENT<br><br>US District Judge Philip S. Gutierrez<br>Magistrate Judge Maria A. Audero |

Good cause having been shown, it is hereby ORDERED, ADJUDGED, AND DECREED as follows:

Judgment is hereby entered against Defendant FCA US LLC in favor of Plaintiff, Jonathon Mann.

-1-

[PROPOSED] JUDGMENT

1  Defendant FCA US LLC shall pay the sum of $70,000.00 to Plaintiff,
2  Jonathon Mann, as the total amount to be paid by FCA US on account of any
3  liability claimed in this action, with return of the subject vehicle (2015 Jeep
4  Cherokee VIN: 1C4PJMCS5FW509975) by Plaintiff to FCA US, or its authorized
5  representative with clear title, current registration and free of any liens or
6  encumbrances.
7  The foregoing sum shall be paid no sooner than 90 days from the date
8  Plaintiff's Acceptance of FCA US's Rule 68 Offer of Judgment is executed and
9  served by Plaintiff.
10 FCA shall also pay Plaintiff a sum equal to the aggregate amount of costs
11 and expenses, including attorney's fees based on actual time reasonably incurred in
12 connection with the commencement and prosecution of this action pursuant to
13 Civil Code Section 1794(d), to be determined by the court if the parties cannot
14 agree.
15
16 IT IS SO ORDERED.
17
18 Dated: 9/1/2020
19 ~~Clerk of Court~~
   U.S. Chief District Judge
20 **PHILIP S. GUTIERREZ**